Manuel Cedeño Berrueta
Qualified Public Translator
I.C. N° V-3.350.540
Credential N° 100

*Cedeño, Carpio & Asociados*
*Oficina de Traducciones Legales y Técnicas —Legal & Technical Translation Office*
*Manuel Cedeño Berrueta —Intérprete Público/Certified Translator*

## BOLIVARIAN REPUBLIC OF VENEZUELA
## PUBLIC PROSECUTION SERVICE
## TWENTY-THIRD PUBLIC PROSECUTOR'S OFFICE WITH FULL
## JURISDICTION THROUGHOUT THE COUNTRY

Caracas, May 26th 2004

**OFFICIAL LETTER N° FMP** ▮▮▮▮▮▮▮▮▮

**MISTER:**

**Attorney-General of the United States of America**

<u>WASHINGTON.</u>

05-190

With all due respect, I am writing to you in order to inform you that the Public Prosecution Service of the Bolivarian Republic of Venezuela, acting pursuant to the provisions vested in it by Article 285 of the Constitution of the Bolivarian Republic of Venezuela, in agreement with Article 11 of the Organic Law of the Public Prosecution Service, and articles 108, section 17, and 201 of the Organic Criminal Procedural Code, and based on articles 1, 2, paragraph b, of the Convention on Mutual Assistance in Criminal Matters subscribed between the Governments of the Republic of Venezuela and the United States of America on October 12th 1997, with legislative approval published in the Official Gazette 37,884 as of February 20th 2004, hereby requests from your Office to provide us legal assistance consisting of sending us the information indicated hereinafter:

1. - Certified Copy of any Judgments pronounced by the Courts of the United States on the case of the company RANCING SERVICES INC.

2. - Certified Copy of the Articles of Incorporation of the company RANCING SERVICES INC., N° ▮▮▮▮▮▮▮▮▮ represented by Mr. SERGIO LUIS CANO, a citizen of the United States, holder of passport N° ▮▮▮▮▮ located in the city of Fargo, of North Dakota, in the United States of America, filed at

—2—
*Avenida Urdaneta, Urapal a Candilito, Edificio Dilcan, Piso 3, oficina 3-C. Caracas 1010, Venezuela.*
☎ +58-212-571.3863; +58-414-306.3563; mcedenoberrueta@cantv.net;
mcedenoberrueta@cedenocarpio.com

Manuel Cedeño Berrueta
Qualified Public Translator
I.C. N° V-3.350.544
Credential N° 289

*Cedeño, Carpio & Asociados*
*Oficina de Traducciones Legales y Técnicas —Legal & Technical Translation Office*
*Manuel Cedeño Berrueta —Intérprete Público/Certified Translator*

the Office of the Secretary of State, State of Delaware, U.S.A., on April 5th 1993.

## I - STATEMENT OF FACTS

The background reasons for this petition are stated below:

The Twenty-Third Public Prosecutor's Office with Full Jurisdiction throughout the Country in charge of Delegate Prosecutor **JESÚS ENRIQUE RAMÍREZ PAZ**, is conducting a criminal investigation identified with number ▓▓▓▓▓ as per the Numeration System of this Office, by virtue of the denunciation filed against the illegal operations carried out by the foreign company RANCING SERVICES INC. for the exploitation of signal transmission for recording bets on racing and sport activities produced outside the Venezuelan territory, by virtue of the subscription of the concession and/or authorization agreement granted by the Liquidation Board of the *Instituto Nacional de Hipódromos* (*National Racetracks Institute*) to that company, whereby it was also empowered to utilize its subsidiary, the Venezuelan company TURF DE VENEZUELA, ASOCIACIÓN HÍPICA, C.A., as an intermediary for ensuring the efficiency and effectiveness of the system in Venezuela.

Said denunciation stated that the company RANCING SERVICES INC., ▓▓▓▓▓ 28TH SWSTE 100, represented by Mr. SERGIO LUIS CANO, a citizen of the United States, holder of Passport ▓▓▓▓▓ located in the city of Fargo, State of North Dakota, in the United States of America, registered with the Office of the Secretary of State, State of Delaware, U.S.A., on April 5th 1993, which is not domiciled in our country, and according to news published by an American newspaper known as "Thoroughbred Times", the above-mentioned company RANKING SERVICES INC. has been accused by the Federal Government of the United States of America of a total of 12 serious crimes, including management of Illegal Gambling Business, Money Laundering, Illegal Wire Transfers, and

—3—
*Avenida Urdaneta, Urapal a Candilito, Edificio Dilcan, Piso 3, oficina 3-C. Caracas 1010, Venezuela.*
☎ +58-212-571.3863; +58-414-306.3563; *mcedenoberrueta@cantv.net*;
*mcedenoberrueta@cedenocarpio.com*

Manuel Cedeño Berrueta
Qualified Public Translator
I.C. N° V-3.350.549
Credential N° 209

*Cedeño, Carpio & Asociados*
*Oficina de Traducciones Legales y Técnicas —Legal & Technical Translation Office*
*Manuel Cedeño Berrueta —Intérprete Público/Certified Translator*

Conspiracy. The respective investigation is being conducted by the United States Attorney **DREW WEIGLEY**.

## II – THE CRIME UNDER INVESTIGATION

Based on the facts stated above, the Twenty-Third Public Prosecutor's Office with Full Jurisdiction throughout the Country is conducting an investigation for the presumed commission of crimes provided for by the Law Against Corruption and the Venezuelan Criminal Code, which crimes will be defined according to the elements of evidence that will be collected during the development of the investigation.

## III - IMPORTANCE OF THE PROOF REQUESTED

It is absolutely essential that the proof hereby required should be provided, since it will be used for establishing the legality of the racing activities carried out by said company in our country.

The Twenty-Third Delegate Public Prosecutor of the Bolivarian Republic of Venezuela with Full Jurisdiction throughout the Country, JESÚS ENRIQUE RAMÍREZ PAZ, thanks the honorable General-Attorney of the United States of America for the assistance provided to the Venezuelan justice system in this investigation. Likewise, he reiterates the disposition to cooperate with the Government of the United States, and expresses his feelings of high esteem and consideration.

For any further information you may contact us at the following address: *Esquina de Ánimas a Platanal, Antigua Sede de INTERBANK Av. Urdaneta piso 11,* Telephone 

—4—
*Avenida Urdaneta, Urapal a Candilito, Edificio Dilcan, Piso 3, oficina 3-C. Caracas 1010, Venezuela.*
☎ +58-212-571.3863; +58-414-306.3563; mcedenoberrueta@cantv.net;
mcedenoberrueta@cedenocarpio.com

*Cedeño, Carpio & Asociados*
*Oficina de Traducciones Legales y Técnicas — Legal & Technical Translation Office*
*Manuel Cedeño Berrueta — Intérprete Público/Certified Translator*

There being nothing else to discuss, we remain,

Sincerely yours,

JESÚS ENRIQUE RAMÍREZ PAZ (signed illegible)

TWENTY-THIRD DELEGATE PUBLIC PROSECUTOR

WITH FULL JURISDICTION THROUGHOUT THE COUNTRY

File ▮▮▮▮▮▮▮

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I HEREBY CERTIFY that to the best of my knowledge and belief, the foregoing is a true, exact and complete translation of the attached document, which I have done upon request of interested party for legal purposes pertaining thereto. IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal in Caracas, on this 8th day of June of the year 2004.

Manuel Cedeño Berrueta
Certified Legal Translator
ID ▮▮▮▮▮▮▮
Credential Nº ▮▮▮▮
Official Gazette Nº ▮▮▮▮

*[Seal:]* Manuel Cedeño Berrueta / Qualified Public Translator / I.C. Nº V-3.350.543 / Credential Nº 227

—5—
Avenida Urdaneta, Urapal a Candilito, Edificio Dilcan, Piso 3, oficina 3-C, Caracas 1010, Venezuela.
☎ +58-212-571.3863; +58-414-306.3563; mcedenoberrueta@cantv.net;
mcedenoberrueta@cedenocarpio.com